**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raye Ellen Stiles,<br><br>                Plaintiff,<br><br>v.<br><br>Sarita Nelson,<br><br>                Defendant. | No. CV-21-00533-TUC-RM<br><br>**ORDER** |

    Pending before the Court is Plaintiff's Motion for Extension of Time to File First Amended Complaint. (Doc. 18.) Also pending are Plaintiff's Motion for Clarification and Motion for Leave to Use Citations in First Amended Complaint (Doc. 16) and her subsequent Motion to Withdraw the Motion for Clarification (Doc. 19).

    In her Motion for Extension of Time to file First Amended Complaint, Plaintiff seeks a 30-day extension of the current deadline of February 28, 2022 for her to file her First Amended Complaint. (Doc. 18.) Plaintiff avers that she will require additional time to prepare the First Amended Complaint upon receipt of the Court's Order on her Motion for Clarification. Since Plaintiff has now filed a Motion to Withdraw the Motion for Clarification, the Court will deny without prejudice the Motion for Extension of Time. If Plaintiff requires additional time to prepare her First Amended Complaint, she may file a

subsequent motion requesting an extension of time and showing good cause for the requested extension.

Accordingly,

**IT IS ORDERED**:

(1) Plaintiff's Motion to Withdraw the Motion for Clarification (Doc. 19) is **granted**. The Motion for Clarification and Motion for Leave to Use Citations in First Amended Complaint (Doc. 16) is **withdrawn**.

(2) Plaintiff's Motion for Extension of Time to File First Amended Complaint (Doc. 18) is **denied without prejudice**.

Dated this 31st day of January, 2022.

_____
Honorable Rosemary Márquez
United States District Judge